AO 91 (Rev. 5/85) Criminal Complaint          AUSA MILES / FBI S/A LAMEY

# United States District Court

FILED by _____ D.C.
MAG. SEC.
AUG 15 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. LA. - MIAMI

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

FRANCISCO RODRIGUEZ VILAHU
LUCAS SEDENO
MIGUEL MANGELO ACOSTA
LOYMIR HERNANDEZ
FELIX GONZALEZ and
EDUARDO

**CRIMINAL COMPLAINT**

CASE NUMBER: 03-3829-Bandstra

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 14, 2003__ in __Miami Dade__ County, in the __Southern__ District of __Florida__ defendant did, (Track Statutory Language of Offense)

knowingly and intentionally did combine, conspire, confederate and agree with each other to willfully and knowingly embezzle, steal and take and carry away, with intent to convert to their own use, break into and conceal goods and chattels of a value in excess of $100, that is, boxes of Perry Ellis cologne, from KS & K Truck Lines, Inc., a common carrier for the transportation in interstate commerce from Fort Lauderdale, State of Florida, to Deer Park, State of New York;

in violation of Title __18__ United States Code, Sections __371 and 659__

I further state that I am a(n) __SPECIAL AGENT__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit.

Continued on the attached and made a part hereof: [x] Yes [ ] No

Signature of Complainant
SPECIAL AGENT LISA M. LAMEY
FEDERAL BUREAU OF INVESTIGATION

Sworn to before me, and subscribed in my presence,

August 15, 2003                                    at    Miami, Florida
Date                                                     City and State

TED E. BANDSTRA
U.S MAGISTRATE JUDGE                               Signature of Judicial Officer
Name and Title of Judicial Officer



## AFFIDAVIT

I, **Lisa M. Lamey**, being duly sworn and deposed do state the following:

1. I am a duly appointed Special Agent employed by the Federal Bureau of Investigation, and have served in such a capacity since September 9, 1996 with additional experience as a Deputy Sheriff with the Broward Sheriff's Office from 1991 to 1996. I am currently assigned to the Federal Bureau of Investigation, Miami Division, Cargo Theft Squad as a member of the TOMCATS Cargo Theft Task Force.

2. The information contained in this affidavit is based upon personal knowledge and experience as well as information obtained from other law enforcement personnel, law enforcement agencies, and witnesses. Since the purpose of this affidavit is to establish probable cause in support of criminal charges, it does not necessarily contain all facts or information known to me concerning this investigation.

3. I believe and have probable cause to believe that FRANCISCO RODRIGUEZ VILAHU, DOB 6/26/55, LUCAS SEDENO, DOB 4/27/72, MIGUEL MANGELO ACOSTA, DOB 5/27/68, LOYMIR HERNANDEZ, DOB 11/18/84, FELIX GONZALEZ, DOB 2/10/69, and EDUARDO APARICIO, DOB 7/4/70, have committed a felony and that they have violated the United States laws relating to Theft from Interstate Shipping under Title 18, United States Code, Section 659, and Conspiracy to commit Theft from Interstate Shipping under Title 18, United States Code, section 371, for the following reasons:

4. During June 2003, pursuant to a State of Florida court order, signed by Judge Demorgian, of Broward County, Florida, a global positioning system (GPS) was installed on a 1996 Peterbuilt tractor, belonging to one LUCAS SEDENO, of 9040 NW 33rd Avenue, Miami,

FL. This tractor was identified as having been used in a previous cargo theft of approximately $500,000 worth of cigarettes.

5. On Friday, August 8, 2003, investigators from the Broward Sheriff's Office (BSO) Task Force received a signal that the tractor was leaving a truck storage facility, located at N.W. 138 Street and NW 102 Avenue, Hialeah Gardens, Florida, where it had been stored for some period of time. BSO established surveillance on the tractor, which was now attached to a trailer also belonging to LUCAS SEDENO, and followed it into Broward County, FL, where it ultimately arrived at a gas station/truck stop called the Citgo Truck Stop, in Pompano Beach, Florida. The target tractor-trailer pulled up alongside a blue Kenworth tractor with a trailer attached. Both vehicles remained there for approximately 30 minutes. The blue Kenworth tractor-trailer (later determined to be stolen) then pulled out of the truck stop and departed the area. The target tractor-trailer and a maroon Mercury Marquis then left the truck stop and traveled south on I-95 to the original truck storage facility located at NW 138 Street and NW102 Street, Hialeah Gardens, Florida. According to computerized GPS readings, the target tractor-trailer parked in the southern-most area of the lot where it remained for approximately 30 minutes.

6. As the surveillance team was leaving the truck storage area located at NW 138 Street and NW102 Street, Hialeah Gardens, the blue Kenworth tractor trailer (stolen) was observed on NW 138 Street being followed by the maroon Mercury Marquis. The surveillance team followed the blue tractor-trailer and the Marquis to the area of NW 175 Street and 3 Avenue, Miami, FL. The blue tractor-trailer then drove into a location which was not visually observable to the surveillance team. When the tractor-trailer failed to emerge from this location, the surveillance was terminated on that date.

7. Agents then learned that, at approximately 12:00AM on August 9, a report had been filed with BSO, reporting the theft a blue Kenworth tractor-trailer containing approximately $150,000.00 worth of Perry Ellis cologne. The shipment had been picked up in Fort Lauderdale

2

on August 7, 2003, and was destined to travel in interstate commerce, with a final destination of New York State. The theft had occurred from the Citgo Truck Stop located at 1101 N.W. 31, Avenue, Pompano, Florida on Friday August 8, 2003. The circumstance of the theft were consistent with the observations of the surveillance team at the Citgo Truck Stop.

8. Task Force Detectives then responded to the area where the blue Kenworth was last seen and it was then confirmed that this blue Kenworth tractor-trailer was the same tractor trailer which had been stolen from the Citgo Truck Stop in Pompano. The tractor-trailer was recovered and found to be empty.

9. It was then confirmed that the target tractor-trailer located in the truck storage area at NW 138 Street and NW102 Street, Hialeah Gardens, was locked with a master pad lock when it had previously been stored unlocked. The locked target tractor-trailer, belonging to LUCAS SEDENO, was then placed under 24 hour surveillance.

10. On Saturday, August 9, 2003, at approximately 8:20 am, surveillance units observed a green Toyota Camry, registered to JOSE LUIS SOTO, arrive in the truck storage lot located at NW 138 Street and NW102 Street, Hialeah Gardens. The Camry drove to the area of rear of the target tractor-trailer and the occupant of the vehicle, an unidentified white male, checked the lock on the tractor-trailer. The registered address of this vehicle is the same location where the targeted tractor has been observed parked on 3 previous occasions between June 2003 and August 2003.

11. On Saturday August 9, 2003, at approximately 4:10 pm, the same green Toyota Camry was observed driving on NW 102 Avenue, along the fence line which separates the rear

of the targeted trailer from NW 102 Avenue. The vehicle stopped momentarily along NW 102 Avenue in clear view of the rear of the target trailer, and then left the area.

12. On Sunday August 10, 2003, at approximately 1:05 am, a maroon Mercury Marquis, driven by an unidentified white male arrived at the truck storage lot located at NW 138 Street and NW102 Street, Hialeah Gardens. The unidentified white male drove slowly past the two tractor-trailers, stopping briefly in front of each trailer.

13. On Monday August 11, 2003, at approximately 10:10 pm, FRANCISCO RODRIGUEZ VILAHU, driving a maroon Ford Excursion, arrived at the truck storage lot located at NW 138 Street and NW102 Street, Hialeah Gardens. RODRIGUEZ VILAHU exited his vehicle and walked to the rear of the target tractor-trailer to physically inspect the lock on the trailer. Then he physically checked the condition of the door of the tractor. RODRIGUEZ VILAHU then walked to an adjacent trailer, also owned by LUCAS SEDENO, which was attached to a tractor owned by RODRIGUEZ VILAHU. RODRIGUEZ VILAHU then repeated the security checks on the second tractor-trailer, which was also locked with a master pad lock.

14. On August 12, 2003, at approximately 7:25 pm, RODRIGUEZ VILAHU, driving the maroon Ford Excursion, arrived at the truck storage lot located at NW 138 Street and NW102 Street, Hialeah Gardens. RODRIGUEZ VILAHU exited his vehicle and, using a key, opened the tractor which belonged to SEDENO. RODRIGUEZ VILAHU then entered and exited the tractor several times, moving items about inside the tractor. At 7:35 pm, a white Chevrolet van, driven by MIGUEL ACOSTA, arrived at the truck storage lot and met with RODRIGUEZ VILAHU.

15. RODRIGUEZ VILAHU then entered the target tractor. ACCOSTA entered the adjacent tractor, owned by RODRIGUEZ VILAHU. RODRIGUEZ VILAHU and ACCOSTA then disconnected the two tractors from their current trailers and reconnected them to each others trailers, effectively swapping tractors. ACCOSTA parked the white van in front of RODRIGEZ' tractor which

4

was now connected to the target trailer, blocking it. At approximately 7:55 pm, RODRIGUEZ VILAHU and ACCOSTA departed the area together in the Ford Excursion, driven by RODRIGUEZ VILAHU. Approximately 10 minutes later, surveillance units then observed the Ford Excursion parked at a residence located at 9901 NW 130 Street, Hialeah Gardens, the residence of RODRIGUEZ VILAHU.

16. On August 12, 2003, at approximately 9:00 pm, RODRIGUEZ VILAHU, ACCOSTA, and an unidentified white male returned to the truck storage lot, driving the Excursion. ACCOSTA then placed the white van at the rear of the target trailer, adjacent to the rear door of the target trailer. The three subjects then opened the rear of the target trailer and removed several large brown cardboard boxes, resembling the boxes containing the stolen cologne, from the target trailer and placed them into the van. They then moved the van, and placed the Excursion at the rear of the tractor trailer and repeated the unloading of boxes from the trailer into the Excursion. ACCOSTA, driving the white van, and RODRIGUEZ VILAHU, driving the Excursion, then returned to the residence located at 9901 NW 130 Street. Surveillance then observed the three subjects unloading the boxes from the Excursion into the garage of the residence.

17. On August 13, 2003, at approximately 6:00 pm, a maroon Ford Expedition driven by LUCAS SEDENO arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. SEDENO drove slowly past the two tractor-trailers, stopping briefly in front of each trailer. SEDENO was accompanied by an unidentified female passenger. Approximately 15 minutes later, the Expedition driven by SEDENO was observed in the driveway of 9901 NW 130 Street, Hialeah Gardens.

18. On August 13, 2003, at approximately 7:47 pm, the green Toyota Camry, driven by an unidentified white male arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. He exited the vehicle and checked the rear of the trailer attached to SEDENO'S tractor (later identified as containing stolen electronics). The unknown male, while exiting the truck storage lot, then stopped and spoke to the storage lot security guard.

19. On August 13, 2003, at approximately 8:54 pm and at approximately 11:30 pm, the maroon Ford Excursion, driven by RODRIGUEZ VILAHU arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. RODRIGUEZ VILAHU drove slowly past the two tractor-trailers, stopping briefly in front of each trailer. RODRIGUEZ VILAHU then left the truck storage lot.

20. On August 14, 2003, at approximately 12:55 am, RODRIGUEZ VILAHU, driving the maroon Ford Excursion, arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. RODRIGUEZ VILAHU confronted BSO Detective Brian Spear, who was in an undercover vehicle conducting surveillance. RODRIGUEZ VILAHU confronted Spear as to his reason for being in the area of RODRIGUEZ VILAHU's tractor-trailer. Spear provided RODRIGUEZ VILAHU with a fictitious story and agreed to leave the truck storage lot, however, the security guard insisted on calling Miami-Dade Police Department who responded to the scene. RODRIGUEZ VILAHU remained in the area until Spear left the lot and Miami-Dade Police cleared the scene.

21. Approximately 15 minutes later, after RODRIGUEZ VILAHU had left the lot, Spear observed that the target tractor-trailer had been moved to a location within the lot which was closer to the security guard shack.

22. On August 14, 2003, at approximately 4:45 pm, two box trucks, identified as a Ryder rental truck and a Budget rental truck, arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. Additionally, the Ford Excursion, driven by RODRIGUEZ

6

VILAHU, and a maroon Mercury Marquis, arrived at the truck storage lot located at NW 138 Street and NW102 Street, Hialeah Gardens.

23. RODRIGUEZ VILAHU entered the target tractor-trailer, which was now parked in the area of the security guard shack and drove it to the southwest corner of the lot. RODRIGUEZ VILAHU met with the drivers of the box trucks, later identified as LOYMIR HERNANDEZ, and MIGUEL ACOSTA. RODRIGUEZ VILAHU, LOYMIR HERNANDEZ, and MIGUEL ACOSTA , and several other unidentified white males opened the rear door of the target tractor-trailer. The subjects then transferred the contents of the tractor-trailer into the two box trucks.

24. Surveillance was then conducted as the box trucks left the lot and traveled to Storage USA located at 9848 SW 24 Street, Miami 33165. HERNANDEZ and ACOSTA were met by FELIX GONZALEZ, who was driving a maroon Mitsubishi Gallant. GONZALEZ, using a numeric code, opened the gate to the storage facility and allowed HERNANDEZ and ACOSTA to enter the facility with the two box trucks. GONZALEZ then escorted HERNANDEZ and ACOSTA to two warehouse storage bays, which were determined to have been rented by GONZALEZ' brother-in-law, EDUARDO APARICIO. After talking with HERNANDEZ and ACOSTA for approximately 5 minutes, GONZALEZ left the storage facility.

25. HERNANDEZ and ACOSTA then left Storage USA in the box trucks and drove to the Latin American Café, located on NW 24 Street, adjacent to the storage facility. HERNANDEZ and ACOSTA met with GONZALEZ and APARICIO who were in the maroon Gallant, in the parking lot of the Latin American Café.

26. Several minutes later, HERNANDEZ and ACOSTA driving the box trucks, and GONZALEZ and APARICIO, riding in the maroon Gallant, left the parking lot of the Latin American Café and drove to 1831 SW 74 Avenue Road, the residence of GONZALEZ. After briefly stopping at the residence, all of the vehicles left the residence.

27. At approximately 7:30 pm, a traffic stop was conducted on the box trucks by Miami-Dade Police Department marked units at NW 57 Avenue and NW 12 Street, Miami. HERNANDEZ and ACOSTA were detained, and it was determined that the box trucks contained cases of Perry Ellis cologne which had been reported stolen from the Farmer's Market Truck Stop in Pompano Beach, FL on August 8, 2003. Shortly thereafter, the Mitsubishi Gallant was stopped by Task Force Detective Hugo Gomez at 1402 SW 74 Avenue Road, Miami. GONZALEZ and APARICIO were detained.

28. At approximately 7:40 pm, Task Force Detectives Dwayne Watson and John Sousa, who had maintained surveillance on the target tractor-trailer, observed RODRIGUEZ VILAHU at approximately 7:40 pm as he arrived at the truck storage lot located at NW 138 Street and NW 102 Street, Hialeah Gardens. RODRIGUEZ VILAHU was driving the maroon Ford Excursion and he was accompanied by his female, later determined to be his wife. RODRIGUEZ VILAHU exited his vehicle and entered the target tractor-trailer. RODRIGUEZ VILAHU's wife left the lot driving the Excursion. RODRIGUEZ VILAHU then left the lot driving the target tractor-trailer and was stopped by Detectives Dwayne Watson and John Sousa. RODRIGUEZ VILAHU was then detained. RODRIGUEZ VILAHU then gave Detectives verbal consent to search the tractor-trailer and provided Task Force members with the key to the tractor-trailer. The trailer was found to be empty.

29. At approximately 7:40 pm BSO Detective Plancarte, who had maintained surveillance at 9901 NW 130 Street, Hialeah Gardens, observed a maroon Mercury Marquis,

8

driven by LUCAS SEDENO arrive at the residence and exit the vehicle. SEDENO entered the residence. Approximately 5 minutes later, SEDENO exited the residence and left in the Marquis.

30. At approximately 7:50 pm BSO Detectives Spear and Tony Pulitano conducted a traffic stop on the Marquis at 10600 block of NW 134 Street. SEDENO was detained.

Wherefore your affiant submits that there is probable cause to believe that FRANCISCO RODRIGUEZ VILAHU, DOB 6/26/55, LUCAS SEDENO, DOB 4/27/72, MIGUEL MANGELO ACOSTA, DOB 5/27/68, LOYMIR HERNANDEZ, DOB 11/18/84, FELIX GONZALEZ, DOB 2/10/69, and EDUARDO APARICIO, DOB 7/4/70 have violated the United States Laws relating to Theft from Interstate Shipping under Title 18, United States Code, Section 659, and Conspiracy to commit Theft from Interstate Shipping under Title 18, United States Code, Section 371, and that sufficient probable cause exists for the arrest the above listed individuals.

FURTHER AFFIANT SAYETH NOT.

                                                    Special Agent Lisa M. Lamey
                                                    Federal Bureau of Investigation

Sworn and subscribed to before me this ___
day of August, 2003

Ted E. Bandstra
United States Magistrate Judge